UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sky Stoodt,  Case No. 3:20-cv-2370

    Plaintiff

v.  MEMORANDUM OPINION
AND ORDER

Commissioner of Social Security,

    Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Amanda M. Knapp filed on January 13, 2022, recommending the Commissioner's decision be vacated and the matter remanded. (Doc. No. 19). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and the Commissioner has indicated she will not be filing objections to Judge Knapp's R & R. (Doc. No. 20).

After reviewing Judge Knapp's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Knapp's conclusion that the ALJ failed to properly explain her reasoning when determining Plaintiff's RFC as related to Plaintiff's social interaction limitations. Because of this shortcoming, I cannot ascertain whether the limitations are consistent with or in conflict with the social interaction limitations suggested by the psychological consultants.

Therefore, the Commissioner's decision is vacated, and the matter is remanded. On remand, the ALJ shall address the opinion of state agency reviewing medical consultant Jaime Lai, Psy.D. and provide sufficient explanation to build a logical bridge between her findings regarding the medical opinions and the specific limitations she adopts in the residual functional capacity, as recommended by Judge Knapp.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge